# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

v.                              No. 4:18-cr-630-DPM-5

**CORY RAY GARCIA**                                    **DEFENDANT**
**Reg. No. 32373-009**

## ORDER

Garcia moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on his alleged medical issues. The first and dispositive issue is exhaustion. 18 U.S.C. § 3582(c)(1)(A). He admits that he didn't exhaust his administrative remedies. *Doc. 304 at 3.* The statute's exhaustion requirement is jurisdictional and can't be waived. *Doc. 197* in *United States v. Cox*, Case No. 4:98-cr-73-DPM (8 September 2020). Garcia's motion, *Doc. 304*, is therefore denied without prejudice for lack of jurisdiction.

The Court directs the Clerk to send Garcia a copy of the Court's *Cox* opinion with this Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 January 2025